**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **ADIBA EVA HAIDER** | **CIVIL DOCKET NO. 3:26-CV-3228** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **KEITH DEVILLE ET AL** | **MAGISTRATE JUDGE MARK L. HORNSBY** |

# ORDER

Considering Petitioner Adibe Eva Haider's MOTION TO VOLUNTARILY DISMISS PETITION WITHOUT PREJUDICE (the "Motion") [DOC. 5];

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] filed by Petitioner Adibe Eva Haider is hereby DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in chambers on this 28th day of September 2026.

David C Joseph

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE